| CAUSE: | PLAINTIFFS | | DEFENDANTS | |
|---|---|---|---|---|
| | FLESHER, ETHEL E. | | HORROCKS, WILLIAM H. and WATERS, ROBERT A. | |

SCANNED

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)　CEB

42 U.S.C. §1983.  Petition alleging violation of civil rights

**ATTORNEYS**

613 21st Street
Vienna Wv  26105
304/295-7358

| X CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS–5 | |
| | | | | JS–6 | |

UNITED STATES DISTRICT COURT DOCKET　　　DC-111 (Rev: 1/87)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 10-11-88 | 1 | **COMPLAINT** | ceb |
| 10-11-88 | 2 | **APPLICATION TO PROCEED IN FORMA PAUPERIS (REF. #3)** | ceb |
| 10-11-88 | 3 | **MEMORANDUM OPINION & ORDER (2507):** granting application to proceed IFP; directing Clerk to docket action w/out prepayment of fees; dismissing complaint w/out prej (cc: counsel) | ceb |
| 10-11-88 | 4 | **JUDGMENT ORDER (2507):** reflective of memo opinion & order; directing Clerk to remove action from docket (cc: counsel) | ceb |
| 10-24-88 | 5 | **NOTICE OF APPEAL** by pltf from order of 10-11-88 | ceb |
| 10-24-88 | ** | **Preparing, certifying and mailing Record on Appeal to USCA, Fourth Circuit, Richmond, VA** | ceb |
| 03-27-89 | 6 | **SLIP OPINION (USCA):** affirming decision of District Court | tlt |
| 04-17-89 | 7 | **JUDGMENT ORDER (USCA):** affirming decision of the District Court (cc: counsel & Judge) | tlt |